IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GARCIA, | § § | |
| *Plaintiff,* | § § | SA-18-CV-00978-OLG |
| vs. | § § | |
| RANDOLPH-BROOKS FEDERAL CREDIT UNION, | § § § | |
| *Defendant.* | § § | |

## **AMENDED SCHEDULING ORDER**

Before the Court in the above-styled and numbered cause of action is the parties' Joint Motion for Continuance [#24]. By their motion, the parties ask the Court for a 90-day extension of the remaining deadlines in the Scheduling Order due to Defendant's lead counsel's illness and treatment for cancer. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Continuance [#24] is **GRANTED**.

The Court hereby issues the following Amended Scheduling Order to control the remainder of this case:

1. The parties shall complete all discovery on or before **October 8, 2019**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

2. All dispositive motions shall be filed no later than **November 8, 2019**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited

1

to 20 pages in length.  Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7(f).

    3.  The parties shall mediate this case on or before **December 6, 2019**.

    4.  This case is set for a final pretrial conference on **February 26, 2020 at 10:30 a.m.**

    5.  This case is set for jury selection and trial on **March 9, 2020 at 9:30 a.m.**  The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

**IT IS SO ORDERED.**

SIGNED this 12th day of June, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE